**No. 47424.**—Protests 980622–G, etc., of Glensder Textile Co. (New York).

Opinion by TILSON, J. An examination of the record disclosed that certain items consist of woven silk mufflers, hemmed, imported prior to the effective date of the said trade agreement (T. D. 49753); certain other mufflers, hand hemmed, not block printed by hand, and others not hemmed and not block printed by hand, imported subsequent to the effective date of the said trade agreement (T. D. 49753). In accordance therewith the protests were sustained in part as set forth in the decision.

**No. 47425.**—Protests 982473–G, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel certain of the items were held dutiable at 60 percent under paragraph 1209, others at 45 percent under paragraph 1209 and T. D. 49753, and others at 55 percent under paragraph 1209 as claimed.

**No. 47426.**—Protests 905219–G (B), etc., of Paul Puttmann (New York).

Opinion of KINCHELOE, J. In accordance with stipulation of counsel that the merchandise consists of tracing cloth composed of cotton content and noncotton content and similar in all material respects to the merchandise passed upon in *Perseverance Import Corp.* v. *United States* (T. D. 49290), 54.81 percent of the weight being cotton and 45.19 percent sizing and/or other noncotton materials, the protests claiming duty on the actual weight of said long-staple cotton, exclusive of the sizing and other noncotton materials, were sustained but overruled in all other respects.